AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means  ☐ Original  ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 22 - 0139 MB
Two Arizona DES Computers )
)
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____ Arizona _____
*(identify the person or describe the property to be searched and give its location):*
See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized):*
See Attachment B

**YOU ARE COMMANDED** to execute this warrant on or before _____ 6/1/22 _____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.  ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ the duty judge, Phoenix Division _____ .
*(United States Magistrate Judge)*

☑ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☑ for 30 days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued: May 18, 2022 @ 9:50 AM  Hon. Michelle H. Burns, U.S. Magistrate Judge
*Judge's signature*

City and state: Phoenix, Arizona _____  _____
*Printed name and title*

## ATTACHMENT A

The property to be searched is a DEDBMEW1009680, Hewlett-Packard HP EliteDesk 800 G3 DM 65W, S/N 8CG822486Q, IP Address 207.108.136.54 (one of the last IPs utilized), Glendale, AZ, Employee Number: D040937, and DEDBMEW1021599, Hewlett-Packard HP EliteDesk 800 G8 DeskTop Mini PC, S/N MXL14839D4, IP Address 207.108.136.49 (one of the last IPs utilized), Phoenix, AZ; Employee Number: D040937, hereinafter the "Target Devices." The Target Devices are currently located in Arizona and will be accessed remotely by Arizona DES at 1789 W. Jefferson Street, Phoenix, Arizona 85007.

This warrant authorizes the remote forensic review of the Target Devices for the purpose of identifying the electronically stored information described in Attachment B. This warrant would also authorize the examination of any electronically stored data previously captured by and in the possession of the Arizona DES at 1789 W. Jefferson Street, Phoenix, Arizona 85007, relating to the Target Devices (to include any information or data gathered pursuant to the December 2021 internal investigation) to identify electronically stored data particularly described in Attachment B.

## ATTACHMENT B

1. All records on the Target Devices described in Attachment A that relate to violations of 18 U.S.C. § 641 (Theft of Government Property); 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 1349 (Attempt and Conspiracy to Commit Mail and Wire Fraud); and 18 U.S.C. § 1956 (Money Laundering) and involve Farouk LAWAL since July 1, 2020, including:

   a. Communications with others about fraudulent applications for UI or PUA benefits;

   b. Communications relating to the use of false identities, false addresses, or other false information to demonstrate eligibility for UI or PUA benefits;

   c. Records of LAWAL submitting applications for UI or PUA benefits or weekly certifications on behalf of others;

   d. Records or communications about LAWAL approving, verifying, overriding, or otherwise manipulating DES records relating to applications for UI or PUA benefits; and

   e. Records of financial transactions, including payments from individuals whose UI or PUA benefits LAWAL approved or whose records LAWAL accessed.

2. Evidence of user attribution showing who used or owned the Target Devices at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored,

including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.

This warrant does not authorize the physical seizure of any tangible property.

In approving this warrant, the Court finds reasonable necessity for the seizure of stored wire and electronic information as described above. *See* 18 U.S.C. § 3103a(b)(2).

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 22-0139MB ~~12233815~~ | Date and time warrant executed: May 26, 2022 10:11 a.m. | Copy of warrant and inventory left with: Jason Kulfan, AZ DES Digital Forensics |
| Inventory made in the presence of: Jason Kulfan and Ruben Salinas AZ DES | | |
| Inventory of the property taken and name(s) of any person(s) seized: Digital Forensic Download Examinations from January 5, 2022; April 26, 2022, and May 18, 2022. Forensic Downloads from AZ DES were placed on two thumb drives for evidence by Ruben Salinas, AZ DES IA. | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

BEAU T ESLINGER
Digitally signed by BEAU T ESLINGER
Date: 2022.06.16 06:33:20 -07'00'

*Executing officer's signature*

_____
*Printed name and title*